FILED

04/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0692

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court Cause No.
DA 23-0692

IN RE THE PARENTING OF
A.A.H., and A.M.H.

     Minor Children,

MIRIAM PENADOI,

     Petitioner and Appellant,

v.

DANIEL HUNTER,

     Respondent and Appellee.

---

**ORDER**

---

Upon review of Respondent/Appellee's First Motion for Extension to File Answer Brief which is unopposed by the Petitioner/Appellant and good cause appearing therefrom:

IT IS HEREBY ORDERED the Respondent/Appellee's Motion is GRANTED and Respondent/Appellee has an additional thirty (30) days to file his answer brief

Order

1

which must be filed by May 15, 2024.

Dated this _____ day of April 2024.

_____
Justice/Clerk of the Supreme Court

Order

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2024